REV. (3/98)
Form No.: Not. 1

# UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF NORTH CAROLINA

## NOTICE OF CHAPTER 13 BANKRUPTCY CASE, MEETING OF CREDITORS, & DEADLINES

The debtor(s) listed below filed a Chapter 13 bankruptcy case on September 7, 2005

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

**NOTE: The staff of the bankruptcy clerk's office and the staff of the Chapter 13 trustee's office cannot give legal advice.**

### See Reverse Side For Important Explanations.

| | |
|---|---|
| **DEBTOR(S):**<br>CASSANDRA MARIA GORE<br>2 KILBURN LANE<br>DURHAM NC 27707 | **CASE NUMBER**<br>05-82613<br>**SSN/TAXPAYER ID NOS.**<br>XXX-XX-4930 |
| **AKA:**      **AKA:**<br>**DBA:**      **DBA:** | |
| **ATTORNEY FOR DEBTOR(S):**<br>JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH NC 27615<br>(919) 847-9750 | **CHAPTER 13 TRUSTEE:**<br>RICHARD M HUTSON II<br>P O BOX 3613<br>DURHAM NC 27702-3613<br>(919) 688-8065 |

### Meeting of Creditors

**DATE:** October 14, 2005    **LOCATION:** Creditors Mtg Room, 4th Fl
**TIME:** 01:00 P.M.                    Durham Centre
                                               300 West Morgan St., Durham, NC 27701

### Deadlines

By Local Rule of this court, claims with attachments must be filed in duplicate directly with the Chapter 13 trustee's office as set forth above. A creditor holding a secure claim is requested to submit the claim to the trustee's office at least two days prior to the Meeting of Creditors.

### Deadline to File a Proof of Claim:

**For all creditors (except a governmental unit):** January 12, 2006    **For a governmental unit:** March 6, 2006

### Filing of Plan, Hearing on Confirmation of Plan

The debtor(s) has filed a plan. A summary of the plan appears below. After the conclusion of the Meeting of Creditors, you will be sent a copy of this proposed order of confirmation and notice of time for filing objections to confirmation of plan and date of hearing on timely filed objections.

Plan summary:
Plan proposes that the trustee will receive a total of $ 1710.00 per month for 57 months.

### Creditors May Not Take Certain Actions

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| | |
|---|---|
| **ACCOUNT NUMBER:**<br><br>**CLAIM NUMBER:** | **CREDITOR:**<br>WILLIAM SCHWENN<br>CLERK, U.S. BANKRUPTCY COURT<br>P. O. BOX 26100<br>GREENSBORO, NC 27402-6100 |
| **BANKRUPTCY CLERK'S OFFICE:**<br>UNITED STATES BANKRUPTCY COURT<br>OFFICE OF THE CLERK<br>P. O. BOX 26100<br>GREENSBORO, NC 27402-6100<br>(336) 333-5647<br>**HOURS OPEN:** 8:00 A.M. TO 5:00 P.M. | **For The Court**<br>**CLERK OF BANKRUPTCY COURT:**<br>WILLIAM SCHWENN<br>**DATE:**<br>September 20, 2005 |

Rev. (3/98)                                           **Explanations**

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for the relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan is included with this notice and you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking action to collect money or obtain property from the debtor; repossessing the debtors property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtors case is converted to Chapter 7. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case with the exception of claims should be filed at the bankruptcy clerk's office at the address listed on the front side. Claims are required to be filed in duplicate with the Chapter 13 trustee's office. You may inspect all papers filed including the list of the debtor's property and debts at the bankruptcy clerk's office. |
| Legal Advise | The staff of the bankruptcy clerk's office and the staff of the Chapter 13 trustee's office cannot give legal advise. You may want to consult an attorney to protect your rights. |

- Refer To Other Side For Important Deadlines and Notices –

---
## C E R T I F I C A T E   O F   S E R V I C E
---
I hereby certify that notice of 341 Meeting was sent by first class mail to the below listed parties at the addresses supplied as follows:
---

| | |
|---|---|
| RICHARD M HUTSON II<br>P O BOX 3613<br>DURHAM NC<br><br>27702-3613 | WILLIAM SCHWENN<br>CLERK, U.S. BANKRUPTCY COURT<br>P. O. BOX 26100<br>GREENSBORO, NC<br>27402-6100 |
| CASSANDRA MARIA GORE<br>2 KILBURN LANE<br>DURHAM NC<br><br>27707-0000 | JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH NC<br><br>27615-0000 |
| FIRST FRANKLIN LOAN SERVICE<br>P O BOX 1838<br>PITTSBURGH NC<br><br>15230-0000 | GUNTER & FLOWERS PLLC<br>123 GLENWOOD AVE<br>RALEIGH NC<br><br>27603-0000 |
| ONYX ACCEPTANCE CORPORATION<br>27051 TOWNE CENTRE DRIVE<br>FOOTHILL RANCH CA<br><br>92610-0000 | WILSHIRE CREDIT CORP<br>P O BOX 85171<br>PORTLAND OR<br><br>97207-0000 |
| DURHAM COUNTY ASSESSMENT<br>P O BOX 1309<br>DURHAM NC<br><br>27702-1309 | DIRECTOR OF INTERNAL REVENUE<br>SPECIAL PROCEDURES SECTION<br>320 FEDERAL PLACE ROOM 335<br>GREENSBORO NC<br>27401-0000 |
| MOTOR VEHICLE COMMISSION<br>DATA BASE CORRECTION UNIT<br>P O BOX 141<br>TRENTON NJ<br>08666-0000 | NC DMV<br>SAFETY RESPONSIBILITY UNIT<br>3108 MAIL SERVICE CENTER<br>RALEIGH NC<br>27699-0000 |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH NC<br>27602-1168 | CREDIT BUREAU OF GREENSBORO<br>P O BOX 26140<br>GREENSBORO NC<br><br>27402-0000 |
| CSDDUR<br>P O BOX 530<br>DURHAM NC<br><br>27702-0000 | WESLEY E KING DDS<br>2705 CHAPEL HILL ROAD<br>DURHAM NC<br><br>27707-0000 |

BK-NUMBER: 05-82613 PAGE 1 - CONTINUED ON NEXT PAGE

---
          C E R T I F I C A T E   O F   S E R V I C E
---
    I hereby certify that notice of 341 Meeting was sent by first class mail to
the below listed parties at the addresses supplied as follows:
---
    EMPLOYMENT SECURITY COMM OF NC          ERIE INSURANCE EXCHANGE
    BENEFIT PAYMENT CONTROL UNIT            77 HARTLAND STREET STE 401
    P O BOX 25903                           EAST HARTFORD CT
    RALEIGH NC
    27611-5903                              06128-0000
---
    LDC COLLECTION SYSTEM                   MERCER COUNTY BOARD OF SS
    P O BOX 4775                            P O BOX 1450
    TRENTON NJ                              TRENTON NJ

    08650-0000                              08650-0000
---
    PRO ACTIVE SOLUTIONS                    SOUTHWEST STUDENT SERVICES
    BRENNER AMERICAN                        P O BOX 41150
    40 DANIEL STREET                        MESA AZ
    FARMINGDALE NY
    11735-0000                              85274-0000
---
    VERIZON WIRELESS                        AFNI
    3 VERIZON PLACE                         P O BOX 47248
    MAIL CODE 3B1-1HR                       OAK PARK MI
    ALPHARETTA GA
    30004-0000                              48237-0000
---
    WACHOVIA                                NATIONAL ASSET MANAGEMENT
    P O BOX 105513                          P O BOX 724747
    ATLANTA GA                              ATLANTA GA

    30347-5513                              31139-0000
---
    SPRINT PCS
    CUSTOMER CARE
    P O BOX 8077
    LONDON KY
    40742-8077                                    -
---

    JUDGE: Catharine R. Carruthers DATED: September 20, 2005
    BK-NUMBER: 05-82613                           s/ Danita Stevens
                                            _____
                    PAGE  2 OF  2